| | |
|---|---|
| | HONORABLE RONALD B. LEIGHTON |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VICTOR BLOOMQUIST, | CASE NO. C12-5351RBL |
| Plaintiff, | ORDER GRANTING MOTION TO DISMISS |
| v. | |
| UNITED STATES, | |
| Defendant. | |

THIS MATTER comes before the Court on United States' Motion to Dismiss [Dkt. #6] in the above entitled cause of action. The Court has reviewed the motion, the opposition filed untimely [Dkt. #8], and the reply. Plaintiff's Complaint alleges that the government is harming the economy with its free trade practices. Plaintiff has failed to identify a valid waiver of sovereign immunity that would allow him to sue the government for his claims. Plaintiff's claims must also be dismissed because plaintiff has failed to file an administrative tort claim form, as required by the Federal Tort Claims Act, 28 C.F.R. § 14.2. As a result, the Court lacks jurisdiction over plaintiff's claims. *McNeil v. United States*, 508 U.S. 206 (1993); *Jerves v. United States*, 966 F.2d 517, 518 (9th Cir. 1992). Finally, plaintiff filed a response beyond the

due date. Accordingly, for the reasons stated above, the Court **GRANTS** the Motion to Dismiss [Dkt. #6] and dismisses Plaintiff's Complaint with prejudice.

Dated this 26th day of June, 2012.

_____
Ronald B. Leighton
United States District Judge