HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VICTOR BLOOMQUIST,<br><br>                          Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>                          Defendant. | No. C12-5351RBL<br><br>ORDER DENYING MOTION FOR RECONSIDERATION<br><br>[Dkt. #11] |

   Plaintiff, Victor Bloomquist, has filed a Motion to Reinstate [Dkt. #11] of the Court's order granting defendant's motion to dismiss [Dkt. #9].

   Under Local Rule 7(h):

> Motions for reconsideration are disfavored.  The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.

The Ninth Circuit has called reconsideration an "extraordinary remedy, to be used sparingly in the interests of finality and conservation of judicial resources." *Kona Enters., Inc. v. Estate of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000) (quoting 12 James Wm. Moore et al., *Moore's Federal Practice* § 59.30[4] (3d ed. 2000). "Indeed, a motion for reconsideration should not be granted, absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law." *Id.* (quoting *389 Orange Street Partners*, 179 F.3d 656, 665 (9th Cir. 1999)).

Plaintiff has presented no additional grounds for reconsideration. Plaintiffs Motion to Reinstate [Dkt. #11] is **DENIED**.

Dated this 7th day of August, 2012.

Ronald B. Leighton
United States District Judge

Order - 2